THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ELDON BISBEE, Respondent.

*People* v. *Bisbee*, 181 App. Div. 40, affirmed.

(Argued June 4,. 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1918, in favor of defendant, upon the submission of a controversy under section 1279 of the Code of Civil Procedure.  The action was begun to recover penalties under section 182 of the Conservation Law for the alleged violation of section 178 of that law, in that the defendant shipped into this state and possessed here two wild deer without having attached thereto shipping permits issued by the conservation commission of this state.  The deer were lawfully taken by the defendant in the state of Maine pursuant to a license issued to him by that state and were lawfully shipped by him from there.  At the time of such shipment and upon arrival in this state, there was attached to each body a tag taken from a license issued. by the state of Maine, which tag indicated that the deer were lawfully taken in and shipped from that state by the defendant. They were brought into this state by common carrier solely for the personal use and consumption of the defendant and not for sale or to be offered for sale, and were consigned to the defendant at his residence in New York city.  The deer arrived here and were seized in the month of October, 1916, which was the open season in this state for wild deer.

*Merton E. Lewis, Attorney-General  (B. F. Sturgis* of counsel), for appellant.

*Abraham Freedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.